UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | No. 4:10CR114 HEA |
| ROBERT EBERHART, | ) |  |
| Defendant. | ) |  |

## **ORDER**

**IT IS HEREBY ORDERED** that the change of plea hearing previouslly set in this matter for Thursday, June 3, 2010, is reset to Wednesday, June 9, 2010, at 11:30 a.m. in courtroom 17 South.

Dated this 2nd day of June, 2010.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE