UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 4:10CR114 HEA |
| ROBERT EBERHART, | ) | |
| Defendant. | ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that the sentencing hearing previously set in this matter for Tuesday, September 7, 2010, is reset to Monday, September 27, 2010, at 10:45 a.m.

Dated this 7th day of September, 2010.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE